UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Damon C. Dorman #155890 ) | Civil Action No. 4:25-cv-00807-BHH | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| Sumter County Jail, ) | | |
| Defendant. ) | | |
| ) | | |

This is an action filed by a litigant who appeared to be a pretrial detainee. The action was commenced by the filing of a letter. This case is before the Court due to Plaintiff's failure to comply with the Magistrate Judge's order to pay the filing fee or submit a motion for *in forma pauperis* and file a complaint form naming a defendant. (ECF No. 5.) The order was returned as undeliverable: "RTS inmate not here." (ECF No. 7.) Plaintiff has not provided the Court with an updated address.

The Court has the inherent power to manage its docket, and Plaintiff's lack of response indicates an intent to not prosecute this case, and subjects this case to dismissal. *See* Fed. R. Civ. P. 41(b) (providing that district courts may dismiss an action if a Plaintiff fails to comply with an order of the court); *see also Ballard v. Carlson*, 882 F.2d 93, 95 (4th Cir. 1989) (permitting dismissal with prejudice appropriate where warning given); *Chandler Leasing Corp. v. Lopez*, 669 F.2d 919, 920 (4th Cir. 1982) (noting that a court may dismiss *sua sponte*). Accordingly, the Court hereby dismisses this case with prejudice, and the Clerk of Court shall close the file.

**IT IS SO ORDERED.**

/s/Bruce H. Hendricks
United States District Judge

Charleston, South Carolina
March 10, 2025

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.